SUPPRESSED
FILED
JUL - 3 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13CR00290RWS |
| ROBERT VAN, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 30, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**ROBERT VAN,**

the Defendant herein, having been previously convicted of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, that is, one Colt make, M 1991 A1 model .45 auto caliber semi-automatic pistol, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney